# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-00130

Sheriff's Sale Date: _____

v.

KEVIN M. HATCH, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT, EXHIBIT A**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KEVIN M. HATCH the above process on the 12 day of June, 2017, at 11:09 o'clock, A M, at 2439 WEST HAROLD STREET PHILADELPHIA, PA 19132, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )
                          ) SS:
County of _Berks_         )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158113
Case ID #: 4908292

Subscribed and sworn to before me
this _15_ day of _June_, 20_17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 17-00130

Sheriff's Sale Date: _____

V.

KEVIN M. HATCH, ET AL,
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT, EXHIBIT A**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KEVIN M. HATCH the above process on the 12 day of June, 2017, at 10:48 o'clock, A M, at 6542 OGONTZ AVE PHILADELPHIA, PA 19126 3408, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_

County of _Berks_

) SS:
)

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158113
Case ID #: 4908292

Subscribed and sworn to before me this _15_ day of _June_, 20_17_

_____
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL    Notary Public
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO-BA

USPS Manifest Mailing System                                                                 Page   1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
|  | Sequence Number<br>6475-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808773182<br>9171999991703808773182 | ████ | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| 9171999991703808773236<br>9171999991703808773236 | ████ | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| 9171999991703808773243<br>9171999991703808773243 | ████ | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| 9171999991703808773250<br>9171999991703808773250 | ████ | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| 9171999991703808773335<br>9171999991703808773335 | HATCH, KEVIN M.<br>6542 Ogontz Avenue<br>Philadelphia, PA 19126 | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| 9171999991703808773359<br>9171999991703808773359 | HATCH, KEVIN M.<br>2439 West Harold Street<br>Philadelphia, PA 19132 | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| 9171999991703808773410<br>9171999991703808773410 | ████ | ERR<br>C | 0.925 | 1.40<br>3.45 |  |  | 5.78 |
| Page Totals | 7 |  | 6.48 | 33.95 |  |  | 40.42 |
| Cumulative Totals | 7 |  | 6.48 | 33.95 |  |  | 40.42 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____   Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)          Extra Service Codes:
                                  C     Certified
                                  ERR   Return Receipt

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service;<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD      ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | |
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | RR Fee | SH Fee | SC Fee | DC Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | | |
| 2. | **TO** KEVIN HATCH<br>HATCH, KEVIN M.<br>2439 West Harold Street<br>Philadelphia, PA 19132 | | | | | | | | | | | | |
| 3. | **TO** KEVIN HATCH<br>HATCH, KEVIN M.<br>6542 Ogontz Avenue<br>Philadelphia, PA 19126-3408 | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |
| Total Number of Pieces Listed by Sender: 2 | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)<br>RCO - Britini Augustin | | | | See Privacy Act Statement on Reverse | | | | | | | |

U.S. POSTAGE — PITNEY BOWES
ZIP 19106
02 1W
0001391829 JUN 09 2017
$ 002.70

JUN -9 2017
USPS CONTINENTAL STATION
PHILA, PA 19105

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-158113   Philadelphia County   Sale Date:

KEVIN M. HATCH